UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

**UNIVERSAL-1 IMPORTS, INC.,**

                                                              Case No. 24-11338-SMG

    Debtor.
_____/

**GREEN TREE CAPITAL, LLC,**

    Plaintiff,

v.

**US HEALTHCARE DISTRIBUTORS, LLC**         Adv. Pro. No. 24-01384-SMG
**and BERNADETT CSILLAG,**

    Defendants.
_____/

**NOTICE OF VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING**

PLEASE TAKE NOTICE that plaintiff Green Tree Capital, LLC, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure (made applicable by Federal Rule of Bankruptcy Procedure 7041), hereby dismisses the above-captioned adversary proceeding without prejudice.

Pursuant to Federal Rule of Civil Procedure 41 and Federal Rule of Bankruptcy Procedure 7041, the plaintiff is permitted to voluntarily dismiss this adversary proceeding without further order of the court by filing this Notice of Voluntary Dismissal because, as of the date hereof, no opposing party has served either an answer or a motion for summary judgment.

Dated: April 1, 2025

Respectfully Submitted,

**SHAPIRO LAW**
By: */s/ Peter E. Shapiro*
Peter E. Shapiro
Florida Bar No. 615551
8551 West Sunrise Boulevard Suite 300
Plantation, Florida 33322
Telephone: (954) 315-1157
Email: pshapiro@shapirolawpa.com

*Counsel to Green Tree Capital, LLC*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served was served by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing on April 1, 2025.

*/s/ Peter E. Shapiro*
Peter E. Shapiro